UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SHEILA PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:13-cv-00510 |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Plaintiff, SHEILA PRATT, and Defendant, GC SERVICES, LP, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,


By: /s/ Shireen Hormozdi
    Shireen Hormozdi
    Hormozdi Law Firm, LLC
    1770 Indian Trail Lilburn Road
    Suite 175
    Norcross, GA 30093
    Tel: 678-395-7795
    Fax: 866-929-2434
    E-mail: shireen@hormozdilaw.com
    Attorney for Plaintiff




[INTENTIONALLY LEFT BLANK]




1

RESPECTFULLY SUBMITTED,

By: /s/ Douglas R. Pierce
    Douglas R Pierce
    King & Ballow
    315 Union Street
    1100 Union Street Plaza
    Nashville, TN 37201
    615-259-3456
    Fax: 615-726-5419
    Email: dpierce@kingballow.com

## **CERTIFICATE OF SERVICE**

On March 7, 2014, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all counsel of record.

                                    By: /s/ Shireen Hormozdi
                                          Shireen Hormozdi